THE STATE, CHARLES W. MAXSON ET AL., PROSECUTORS, PLAINTIFFS IN ERROR, v. WILLIAM SEGOINE, DEFENDANT IN ERROR.

On error to the Supreme Court.    For opinion of the Supreme Court, see 24 *Vroom* 339.

For the plaintiffs in error, *Frank P. McDermott.*

For the defendant in error, *Peter Backes.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, MAGIE, REED, BOGERT, BROWN, CLEMENT, SMITH, WHITAKER. 10.

*For reversal*—None.